# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALBANO DASILVA, | : | No. 97 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PA. DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Writ of Mandamus" is **DENIED**.